# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH FALLANT,<br><br>          Plaintiff,<br><br>     v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:23-cv-06709-RS<br><br>*Honorable Richard Seeborg*<br><br>**[PROPOSED] ORDER DISMISSING FRAUD AND UCL CLAIMS AND REMANDING CASE TO STATE COURT**<br><br>Complaint Filed:   November 20, 2023<br>Removed:              December 29, 2023<br><br>Santa Clara County Superior Court<br>Case No.  23CV426491 |

1

[PROPOSED] ORDER TO DISMISS FRAUD, UCL & REMAND   Case No. 3:23-cv-06709-RS

# **ORDER**

On March 28, 2024, Ralph Fallant ("Plaintiff") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation of Maximum Damages Limit, Dismissal of Claims and to Remand Removed Action ("Stipulation"). Specifically, the Parties stipulated that because any and all of Plaintiff's damages shall never under any circumstance exceed $75,000.00, this court no longer has subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

The Court having dismissed with leave to amend Plaintiff's Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of Business & Professions Code §17200 ("UCL"), the Parties stipulated to dismiss with prejudice both the Fourth Cause of Action for Fraud and the Fifth Cause of Action for UCL violation.

Based on the foregoing, the Court therefore ORDERS that the Fourth and Fifth Causes of Action be dismissed with prejudice, and that this case be REMANDED to the Santa Clara County Superior Court, Case No. 23CV426491.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 28, 2024

_____
The Honorable Richard Seeborg
United States District Judge